## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Alejandro Donovan, employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), United States Department of Justice, having been duly sworn, do hereby depose and state as follows:

## AGENT BACKGROUND

1. I am employed as a Special Agent of the ATF with the United States Department of Justice and have been since December 2023. I am a graduate of the Federal Law Enforcement Training Center's Criminal Investigator Training Program as well as the ATF National Academy where I received more than 1080 hours of training including but not limited to, firearms and explosives identification and handling, executing warrants, defensive tactics, interview techniques, surveillance techniques, undercover operations, investigation techniques, and others.

2. Prior to my employment with ATF, I was a U.S. Border Patrol Agent, under Customs and Border Protection (CBP) with the United States Department of Homeland Security from May 2020 until I transferred to ATF. I obtained a Bachelor of Business Administration from the University of New Mexico.

3. Through training, investigations, and experience, I have gained knowledge and experience and have taken part in cases relating to the trafficking of firearms, the illegal possession of firearms, and the use of firearms in violent crimes by individuals and Drug Trafficking Organizations.

4. The information set forth herein is based on my personal knowledge, information obtained through interviews, the information provided to me by other law enforcement officers, and through other various forms of information.  This affidavit is offered for the limited purpose

of establishing probable cause that **Jonathan O. RODRIGUEZ-RUIZ** violated 18 U.S.C. Sec. 922(g)(1). I have not recited every fact known to me as a result of this investigation.

5.  I am familiar with the information contained in this Affidavit, either through personal investigation or through discussions with other law enforcement officers who obtained information through investigation and surveillance, which they, in turn, reported to me. This includes interviews that were conducted with local law enforcement and by federal law enforcement with victim(s) and suspect(s).

### FACTS THAT ESTABLISH PROBABLE CAUSE

1.  On March 25th, 2025, the Puerto Rico Police Bureau (PRPB) received information from a confidential informant that on Calle Asuncion #14 Neighborhood Manuel Zeno Gandia (La Mucura) of Arecibo, Puerto Rico 00612 (the "residence") lived **Jonathan O. RODRIGUEZ-RUIZ** who was known to be a white male approximately 5'10 with brown hair and brown eyes. He was known to sell cocaine and heroin from his house. PRPB then began an investigation and conducted surveillance.

2.  On March 27th, 2025, PRPB used an undercover vehicle to conduct surveillance of the residence. During surveillance, agents observed a male individual with a matching description to the one provided for **RODRIGUEZ-RUIZ** at the front of the residence carrying a bag with what could be seen as white powder in various small bags which, according to his training and experience he believed to be controlled substances, specifically (cocaine). **RODRIGUEZ-RUIZ** then returned inside the residence.

3.  On March 28th, 2025, PRPB observed in the morning **RODRIGUEZ-RUIZ** in front of the residence with a black pistol placed in his waist band. He then placed the firearm in his pocket. PRPB left the area and ran **RODRIGUEZ-RUIZ** through the local system for a

firearms license, it was discovered that **RODRIGUEZ-RUIZ** did not have a firearms license.

4.  PRPB concluded that there were firearms on property possessed by **RODRIGUEZ-RUIZ** and that drugs were also on the residence.

5.  PRPB then drafted a search warrant for the residence and received approval from a local district judge to conduct a search warrant.

6.  On April 2nd, 2025, PRPB conducted a search warrant on Calle Asuncion #14 Manuel Zeno Gandia (La Mucura) of Arecibo, Puerto Rico 00612 where, according to the investigation, **RODRIGUEZ-RUIZ** lives.

7.  PRPB began the search warrant at approximately 09:00 AM, and **RODRIGUEZ-RUIZ** was found to be present at the residence. After an entry rendered the building safe, PRPB agents then began the execution of search warrant. PRPB agents explained the search warrant to **RODRIGUEZ-RUIZ** and began the search with him present. On the first floor in the second bedroom inside a wall mounted air condition unit an unloaded Glock pistol Model 19 Serial Number PFK586 with a machinegun conversion device ((MCD) With Small Skull Logo), also known as a "chip", attached with two extended magazines were found.



8. PRPB found marijuana paraphernalia inside the kitchen area. PRPB then made their way upstairs and began searching. In the hallway of the second story, a bag containing multiple bags of marijuana was found.

9. **RODRIGUEZ-RUIZ** was placed under arrest and taken to the local PRPB station where he was given his Miranda Warnings.

10. On April 2nd, 2025, ATF agents were contacted by PRPB and requested assistance. ATF agents went to the PRPB station in Manati, PR to conduct an investigation.

11. ATF read the Miranda Warning to **RODRIGUEZ-RUIZ** who understood his rights and agreed to an interview. **RODRIGUEZ-RUIZ** was asked to explain what happened on April 2nd, 2025. He explained that the PRPB conducted a search warrant on the residence. **RODRIGUEZ-RUIZ** was asked what the limitations of his travel were due to an ankle monitor being visible on his leg. **RODRIGUEZ-RUIZ** explained that he was under state house arrest and wasn't allowed to leave.

12. **RODRIGUEZ-RUIZ** was asked what was found in his house to which he explained that marijuana was found and that he had a license for it. When asked if anything further was found, he said a black Glock was found in the air conditioning unit in the second bedroom on the first floor. When asked about the firearm, he said that he bought it a few days ago and that it was for protection.

13. **RODRIGUEZ-RUIZ** was asked if he had been to jail or prison, he told ATF that he had been to Federal prison before. **RODRIGUEZ-RUIZ** explained that he had done 7.5 years starting in 2013 and then did probation until 2024. **RODRIGUEZ-RUIZ** explained that his sister-in-law was the person responsible for him during his current probation and that she had nothing to do with the stuff at the house.

14. The interview was concluded, and ATF continued its investigation. ATF agents conducted a preliminary field test of the firearm found during the search warrant and concluded that it was capable of firing more than one round per pull of the trigger. The MCD or "chip" that was attached to the Glock pistol is not a common item attached to standard Glock firearms.

15. The investigation revealed that RODRIGUEZ-RUIZ had been previously convicted for a crime punishable by imprisonment for a term exceeding one year.

16. The investigation revealed that no firearms or ammunition are manufactured in the commonwealth of Puerto Rico. Therefore, the firearm and ammunition must have traveled in interstate or foreign commerce.

17. The following evidence was seized by the PRPB:

- 1 Glock Model 19 Serial Number PFK586 with an MCD attached (With Small Skull Logo)
- Two (2) 31 round capacity extended magazines
- 39 rounds of ammunition
- 1 GPS tracker
- Drug paraphernalia
- 1 bag full of small bags
- 1 digital scale
- 2 canisters of marijuana
- 1 long bag of marijuana
- 2 empty canisters with marijuana residue
- 1 blue android cell phone with a red case
- 1 iPhone dark color with dirty case
- 50 small bags filled with marijuana



## <u>CONCLUSION</u>

8. Based on the above facts, the undersigned affiant believes there is probable cause to charge

**Jonathan O. RODRIGUEZ-RUIZ** with 18 U.S.C. 922(g)(1).

      Respectfully submitted,

ALEJANDRO DONOVAN
Digitally signed by ALEJANDRO DONOVAN
Date: 2025.04.03 11:30:00 -04'00'

Alejandro Donovan
Special Agent
Bureau of Alcohol, Tobacco,
Firearms and Explosives

Subscribed and sworn by telephone pursuant to the requirements of Fed. R. Crim. P. 4.1 by

at 1:00 p.m. on April 3, 2025.

Digitally signed
by Hon. Giselle
López-Soler

_ Hon. Giselle López-Soler
United States Magistrate Judge
          District Of Puerto Rico